IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            Civil No. 6:06m6005-001

TRACY A. HUMPHREY            DEFENDANTS

## **O R D E R**

The Amended Judgment entered in this case on June 20, 2006, is specifically amended to provide that the defendant is ordered to surrender for service of the sentence on July 8, 2006, at the time and location directed by the United States Marshal.

IT IS SO ORDERED this the 23rd day of June 2006.


/s/ *Bobby E. Shepherd*
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE